```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                 GAINESVILLE DIVISION

BLOK INDUSTRIES, INC.,        )
                              )
     Plaintiff,               )
                              )
v.                            )   Civil Action File No.:_____
                              )        2:20-cv-00224-RWS
                              )
SISLOY, LLC;                  )
JADORE COSMETICS, LLC;        )
SILKN USA, LLC; BEN DVIR;     )
and YAIDIRA RODRIGUEZ,        )
                              )
     DEFENDANTS.              )
_____)
```

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

NOW COME Defendants Sisloy, LLC ("Sisloy"), Jadore Cosmetics, LLC ("Jadore"), Silkn USA, LLC ("Silkn USA"), Ben Dvir ("Dvir") and Yaidira Rodriguez ("Rodriguez") (collectively "Defendants") and hereby remove the above-styled action to the United States District Court for the Northern District of Georgia, Gainesville Division, and show this Court as follows:

1.

Plaintiff Blok Industries, Inc. ("Plaintiff" or "Blok") commenced this action in the Superior Court of Hall County, Georgia, as Civil Action File No.: 2020-CV-1250 (the "Superior Court Action"), which remains pending.

2.

Defendant first received a copy of the Summons and Complaint in the Superior Court Action by way of service of process, which was effectuated on August 24, 2020. Accordingly, this Notice of Removal is timely filed in accordance with 28 U.S.C. §§ 1441 and 1446.

3.

All Defendants join in the removal of the Superior Court Action.

4.

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), as complete diversity exists between Plaintiff and each individual Defendant, and the amount in controversy exceeds $75,000, exclusive of interests and costs.  *See* U.S.C. § 1332(a).

5.

In the Superior Court Action, Plaintiff alleges that it is a Georgia Corporation with its principal place of business located at 3292 Thompson Bridge Road, Suite 369, Gainesville, Georgia 30506.  *See* Complaint at ¶ 1.  As further alleged in the Complaint, each of the Defendants is either a Florida limited liability company with registered agents all located in Miami, Florida (Sisloy, Jadore and Silkn USA), or Florida residents who reside in Miami, Florida (Dvir, Rodriguez).  *See id.* at ¶¶ 2-6.

This action, therefore, is a controversy between citizens of different states.  *See* 28 U.S.C. § 1332(a)(1).

6.

In the Complaint, Plaintiff asserts multiple state law causes of action: (1) Breach of Contract; (2) Breach of Contract—Implied Covenant of Good Faith and Fair Dealing; (3) Breach of Contract—Severability; (4) Fraud in the Inducement; (5) Deceit; (6) Constructive Fraud; (7) Civil Conspiracy; (8) Tortious Interference with Business and Contractual Relations; (9) Georgia Racketeer Influenced and Corrupt Organizations Act; (10) Pierce the Corporate Veil; (11) Interlocutory and Permanent Injunctive Relief; (12) Attorneys' Fees and Expenses Pursuant to O.C.G.A. § 13-6-11; and (13) Punitive Damages Pursuant to O.C.G.A. § 51-12-5.1.  *See* Complaint at pp. 11-34.

7.

In the Complaint, Plaintiff alleges, *inter alia*, that Defendants, either individually or collectively, owe it damages well in excess of $75,000.  By way of example, Paragraph 24 of the Complaint states: "Sisloy still owes Blok a total of $13,980,000 under the terms of the March 29th Agreement."  *See id*. at ¶ 24.  As such, the $75,000 jurisdictional minimum is satisfied.

8.

In the Superior Court Action, Plaintiff alleges that Sisloy breached two agreements—Purchase and Sale of Goods Agreement dated March 27, 2020, and Purchase and Sale of Goods Agreement dated March 29, 2020 (collectively the "Agreements"). *See* Complaint at p. 11. The Agreements contain governing law and forum selection clauses that provide as follows: "The parties hereby agree that any action arising out of this Agreement will be brought solely in any state court located in Hall County, Georgia or *federal court located in the Northern District of Georgia*. *See* Complaint at Exs. B and C (emphasis added).

9.

Upon removal, Plaintiff will file timely responsive pleadings in accordance with Fed. R. Civ. P. 81(c)(2)(C). As will be described in the responsive pleadings, Defendants deny the material allegations set forth in the Complaint.

10.

Attached hereto are copies of all process and pleadings served in the Superior Court Action:

Exhibit A

    1: 2020-08-14 Plaintiff's Complaint for Damages and Equitable Relief

    2: 2020-08-14 Summons to Sisloy LLC

    3: 2020-08-14 Summons to Jadore Cosmetics LLC

    4:   2020-08-14 Summons to Silkin LLC

    5:   2020-08-14 Summons to Ben Dvir

    6:   2020-08-14 Summons to Mrs. Yaidira Rodriguez

    7:   2020-08-14 Case Information Form

    8:   2020-09-03 Affidavit of Service on Ben Dvir

    9:   2020-09-03 Affidavit of Service on Jadore Cosmetics LLC

    10: 2020-09-03 Affidavit of Service on Silkin USA LLC

    11: 2020-09-03 Affidavit of Service on Sisloy LLC

    12: 2020-09-03 Affidavit of Service on Mrs. Yaidira Rodriguez

Pursuant to 28 U.S.C. § 1446(d), Defendants will file a copy of this Notice of Removal with the Superior Court of Hall County, Georgia.

    WHEREFORE, Defendants request that the Superior Court of Hall County, Georgia proceed no further with Civil Acton File No.: 2020-CV-1250C, and that the Superior Court Action be removed to this Court.

### CERTIFICATION OF FONT SIZE

    The undersigned certifies that the above Notice of Removal to United States District Court is prepared in Courier New, 12 point font.

Respectfully submitted this 22nd day of September, 2020.

**SMITH, GILLIAM, WILLIAMS & MILES, P.A.**
Attorneys for Defendants

By:*/s/ R. Brent Hatcher, Jr.*
**Steven P. Gilliam**
Georgia Bar No. 294950
**R. Brent Hatcher, Jr.**
Georgia Bar No. 337375
**Keith J. Whitaker**
Georgia Bar No. 435128

P.O. Box 1098
Gainesville, Georgia 30503
(T): 770-536-3381
(F): 770-531-1481
sgilliam@sgwmfirm.com
bhatcher@sgwmfirm.com
kwhitaker@sgwmfirm.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| BLOK INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No.:_____ |
| ) | |
| ) | |
| SISLOY, LLC; ) | |
| JADORE COSMETICS, LLC; ) | |
| SILKN USA, LLC; BEN DVIR; ) | |
| and YAIDIRA RODRIGUEZ, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendants in the within-entitled cause hereby certifies that a copy of the foregoing *NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT* was this day served by sending a copy of same in the United States mail, in an envelope properly addressed with adequate postage thereon to ensure proper delivery and electronic mail, to the following counsel of record.

> Robert Arkin, Esq.
> Susan B. Shaw, Esq.
> Robert Arkin LLC
> 50 Hurt Plaza SE
> Suite 1444
> Atlanta, GA  30303-2946

7

This 22nd day of September, 2020.

                    **Smith, Gilliam, Williams & Miles, P.A.**
                    Attorneys for Defendants

            By: */s/ R. Brent Hatcher, Jr.*
                    **R. Brent Hatcher, Jr.**
                    Georgia Bar No.:  337375
                    bhatcher@sgwmfirm.com
                    P.O. Box 1098
                    Gainesville, GA   30503